```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :     05-cr-538 (JSR)
            -v-                         :
                                        :     ORDER
DAMIAN BROWN,                           :
                                        :
                        Defendant.      :
---------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is Brown's pro se motion for compassionate release arguing, inter alia, that Congress's amendment in the First Step Act to the sentence "stacking" provisions of 18 U.S.C. § 924(c) constitutes an "extraordinary and compelling" reason warranting relief under 18 U.S.C. § 3582(c). ECF 216.

Having considered the arguments set forth in Brown's motion, the Court believes that appointment of counsel would aid the Court in assessing Brown's request for relief. Accordingly, the representation of Brown in the above-captioned matter is assigned to the C.J.A. attorney on duty today, November 23, 2021, Rita M. Glavin, for the purposes of supplementing, if deemed necessary, Brown's pro se motion for compassionate release.

Counsel for the defense and the Government are directed to jointly call Chambers on or before Thursday, December 2, 2021 at 5:00 p.m. to set up a briefing schedule for the motion.

SO ORDERED

Dated:  New York, NY
        November 23, 2021

                                        JED S. RAKOFF, U.S.D.J.

1